# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-3251 MB |
| Joshua Bailey | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: 801 Broadway, Nashville, TN 37203 | Courtroom No.: 783 Judge Brown |
|---|---|
| | Date and Time: Tuesday, 3/25/2014 @ 2:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 3/20/2014

*Judge's signature*

Joe B. Brown, U.S. Magistrate
*Printed name and title*